IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TERESA S. BAXTER, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. CV207-53-AAA-JEG
)
I.T.S. CORPORATION, a foreign )
corporation, )
)
Defendant. )

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this 10th day of April, 2008.

/s/ Archibald J. Thomas, III
Archibald J. Thomas, III, Esq.
Florida Bar No. 231657

Thomas & Klink
Suite 255, The Quadrant I Building
4651 Salisbury Road
Jacksonville, FL 32256
T: 904.396.2322
F: 904.296.2341
Email: Thomas@job-rights.com

Attorney for Plaintiff

(SIGNATURES CONTINUED ON FOLLOWING PAGE)

Approved this /14/ day of April, 2008.

Judge Anthony A. Alaimo
United States District Court
Southern District of Georgia

/s/ Benton J. Mathis, Jr.
Benton J. Mathis, Jr.
Georgia Bar No. 477019
Amy M. Combs
Georgia Bar No. 179727

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960
Email: bmathis@fmglaw.com
Email: acombs@fmglaw.com

Attorneys for Defendant

AC2819

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| TERESA S. BAXTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. CV207-53-AAA |
| | ) | |
| I.T.S. CORPORATION, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **STIPULATION OF DISMISSAL** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

>Archibald J. Thomas, III, Esq.
>Thomas & Klink
>Suite 255, The Quadrant I Building
>4651 Salisbury Road
>Jacksonville, FL 32256

This 10th day of April, 2008.

/s/ Benton J. Mathis, Jr.
Benton J. Mathis, Jr.
Georgia Bar No. 477019

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960